# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| JAGRUTIBEN PIYUSHKUMAR PATEL DABHI and PIYUSHKUMAR VISHNUBHAI PATEL, : : : : : : Plaintiffs, : v. : : UR JADDOU, : : : Defendant. : : | CASE NO.: 7:24-CV-90 (WLS) |

## ORDER

On September 6, 2024, Plaintiffs filed their Complaint (Doc. 1). The docket reflects that Summons (Doc. 2) were issued on September 6, 2024. Under Rule 4(m), if the defendant is not served within ninety days after a complaint is filed, the district court, after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed R. Civ. P. 4(m). Plaintiffs therefore had until Thursday, December 5, 2024, to serve Defendant. To date, they have not filed proof of service on the docket.

Accordingly, Plaintiffs are **ORDERED**, to file proof of executed service no later than **Monday, December 23, 2024**. Plaintiff is hereby noticed that failure to timely comply with this order may result in dismissal of the action without prejudice.

**SO ORDERED**, this 9th day of December 2024

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**