IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| Jagrutiben Patel <br> Piyushkumar Patel <br><br> Plaintiffs, <br><br> v. <br><br> UR Jaddou, Director for USCIS, and <br> The United States <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) *7:24-cv-90* <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal rules of Civil Procedure, the parties hereby move to voluntary dismiss, without prejudice, this matter against the Defendants.

Respectfully submitted this 7th day of January, 2025.

*Bhavya*

Bhavya Chaudhary, Esq.
700 Holcomb Bridge Road
Norcross, GA 30071
(678) 292-6111
(678) 261-0973 (fax)
bhavya@bcalawfirm.com

SO ORDERED this 8th day of January, 2025.

W. Louis Sands, Sr. Judge
United States District Court