IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAGRUTIBEN PATEL, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 7:24-cv-90 (WLS) |
| | * |
| UR JADDOU, et al., | |
| | * |
| Defendants. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated January 8, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of January, 2025.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk